THE STATE OF PENNSYLVANIA, COMPLAINANT, v. THE WHEELING AND BELMONT BRIDGE COMPANY, WM. OTTISAN, AND GEORGE CRAFT. — *Bill in Chancery.*

A day assigned for the argument, at the next term, of a cause upon the original docket of this court.

ORDERED, that the time for taking testimony in the above cause by the commissioner appointed by the order entered 29th May, 1850, and for making the report to this court therein provided for, be extended till the further order of the court: and, that the authority to take testimony in said cause since the first day of the present term be, and the same is hereby, confirmed.

And now comes the complainant by her counsel, and moves the court to assign a day during the present term of this court for a final hearing upon the bill, answers, exhibits, testimony, and commissioner's report in this case.

C. DARRAGH, *Attorney-General of Pennsylvania.*

The motion filed by Mr. Walker, the 18th instant, for the hearing of this cause, was argued by *Messrs. Stanton* and *Walker*, in support of, and by *Messrs. Stuart* and *Johnson*, in opposition to, the same.

The report of the commissioner appointed at the last term having been returned on Thursday, the 13th instant, it is thereupon ordered by the court, that the case be continued to the next term, with leave to each party to file exceptions to the commissioner's report on or before the first Monday of July, — the exceptions to stand for argument on the second Monday in December next. If no exceptions shall be filed by either party, then the case to stand for final hearing on the day last mentioned.